LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

ALEJANDRO S. CORDOVA,

    Plaintiff,

v.

KILOLO KIJAKAZI, Commissioner of Social Security,

    Defendant.

No. CV 21-03587 MAR

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED AND 00/100 ($3,700.00) subject to the terms of the stipulation.

DATE: 3/07/22

HON. MARGO A. ROCCONI,
UNITED STATES MAGISTRATE JUDGE